**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 21-cv-00291-RM-MEH

JEREMIAH AXTELL,

    Plaintiff,

v.

CITY OF LAKEWOOD, a municipality, et al.,

    Defendants.

---

**ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO. LAttyR 2(b)(1) and LAttyR 5(a)**

---

PURSUANT to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) of the District of Colorado Local Rules of Practice, the Court **ORDERS** as follows:

(1) That, for good cause shown, the Motion for Leave to Provide Limited Scope Representation filed by Anita Springsteen, Esq. filed March 24, 2021 (ECF No. 19) is **granted**. Ms. Springsteen may represent Plaintiff for the following limited purposes: to assist with initiating a case, amending pleadings, preparing and filing initial necessary motions or pleadings, pre-conference attorney-client discussions, assisting as the party's representative during settlement conferences and depositions, appearing at the scheduling conference, and whatever other initial assistance may be necessary until Plaintiff has obtained other counsel when/if necessary;

(2) That, at the conclusion of this limited representation, Ms. Springsteen shall file a motion for leave to withdraw from providing limited scope

representation; and

(3) That, by Wednesday, **March 31, 2021**, Plaintiff shall file a notice containing his address for the court record.[1]

**SO ORDERED.**

DATED this 25th day of March, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE

---

[1] The complaint uses Ms. Springsteen's law firm's address as Plaintiff's address. (ECF No. 9, p. 4.)